UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHMITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:17−CV−00829−DAD−JDP<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff is proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff initiated this action on May 22, 2017, by filing a complaint. (Doc. No. 1.) On September 29, 2017, the court dismissed plaintiff's complaint for failure to state a claim with leave to amend within thirty days. (Doc. No. 11.) On November 13, 2017, plaintiff filed a first amended complaint. (Doc. No. 12.)

On March 7, 2018, the court issued an order assigning this case to a district judge and served that order by mail on plaintiff at his address of record. (Doc. No. 13.) On March 28, 2018, that order was returned to the court as undeliverable with a notation "Inmate Discharged - Inactive."

On April 30, 2018, the court issued an order reassigning this case to the undersigned and served that order by mail on plaintiff at his address of record. (Doc. No. 14.) On May 15, 2018, that order was returned to the court as undeliverable with a notation "Discharged - Inactive."

1

Plaintiff is required to keep the court apprised of his current address. Local Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Plaintiff's address change was due by May 30, 2018, but he failed to file one, and he has not otherwise been in contact with the court. Based on the foregoing, it is HEREBY ORDERED that within **twenty (20) days** from the date of service of this order, plaintiff shall show cause why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: August 24, 2018

UNITED STATES MAGISTRATE JUDGE